TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Michael Kortas*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Kortas,<br><br>            Plaintiff,<br><br>    vs.<br><br>Experian Information Solutions, Inc., an Ohio corporation,<br>Equifax Information Services, LLC a Georgia corporation, and<br>WebBank, a Utah corporation,<br><br>            Defendants. | Case No.: CV-16-00380-PHX-SRB<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement.

1

1  The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Experian
2
3  Information Solutions, Inc., **ONLY**, pursuant to Fed. R. Civ. P. 41(a) within 60 days.
4      RESPECTFULLY SUBMITTED this 25th day of June, 2016.
5
6
                        KENT LAW OFFICES

                        By:   */s/ Trinette G. Kent*
                             Trinette G. Kent
                             Attorneys for Plaintiff,
                             Michael Kortas