1
2
3
4
5
6        IN THE UNITED STATES DISTRICT COURT
7           FOR THE DISTRICT OF ARIZONA
8
9   Michael Kortas,                          No. CV-16-00380-PHX-SRB
10              Plaintiff,                    **ORDER**
11  v.
12  Experian    Information    Solutions
    Incorporated, et al.,
13
14              Defendants.
15
16       Pursuant To Stipulation,

17       IT IS ORDERED that Defendant WebBank is dismissed with prejudice.
18
19  Each party shall bear his or its own attorneys' fees and costs included herein.
20       Dated this 19th day of July, 2016.
21
22
23
24
25  _____
                Susan R. Bolton
26          United States District Judge
27
28